**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 611 WAL 2014
                              :
                  Respondent  :
                              : Petition for Allowance of Appeal from the
                              : Order of the Superior Court
            v.                :
                              :
                              :
                              :
KENNETH N. BAKER,             :
                              :
                  Petitioner  :


## ORDER


**PER CURIAM**

     **AND NOW**, this 30th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.